1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

** E-filed February 24, 2011 **

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMA CLARISA HERNANDEZ, | Case No.: 5:10-cv-05091-HRL |
| Plaintiff, | ORDER OF DISMISSAL OF ACTION WITH PREJUDICE AS TO DEFENDANTS JACK L. WELKLEY, TRUSTEE OF THE MARY MARGARET LOWERY LIVING TRUST AGREEMENT AND TRUSTEE OF THE MARY MARGARET LOWERY GRANDCHILDREN'S TRUST AGREEMENT, NOLAN M. KENNEDY AND MARY MARGARET LOWERY (DECEASED), TRUSTEE MARY MARGARET LOWERY LIVING TRUST AGREEMENT |
| vs. | |
| CHO PUI NG, dba KO SING CHINESE RESTAURANT; MARY MARGARET LOWERY, TRUSTEE MARY MARGARET LOWERY LIVING TRUST AGREEMENT; JACK L. WELKLEY and NOLAN M. KENNEDY, CO-TRUSTEES, MARY MARGARET LOWERY, GRANDCHILDREN'S TRUST AGREEMENT | |
| Defendants. | |

Pursuant to the Stipulation For Dismissal Of Action With Prejudice and good cause appearing therefor,

IT IS HEREBY ORDERED that the action entitled Hernandez v. Ng, Case No. 5:10-cv-05091-HRL is dismissed with prejudice as to defendants Jack L. Welkley, Trustee of the Mary Margaret Lowery Living Trust Agreement and Trustee of the Mary Margaret Lowery Grandchildren's Trust Agreement, Nolan M. Kennedy and Mary Margaret Lowery (deceased),

1   Trustee Mary Margaret Lowery Living Trust Agreement only, with each party to bear his or its

2   own attorneys fees and costs.

3   Date: February 23, 2011

4   Howard R. Lloyd
    United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER OF DISMISSAL OF ACTION WITH PREJUDICE-- CV 10-05091 HRL