```
 1  K. Randolph Moore, SBN 106933                    ** E-filed April 21, 2011 **
    Tanya E. Moore, SBN 206683
 2  MOORE LAW FIRM, P.C.
    332 North Second Street
 3  San Jose, CA  95112
    Telephone (408) 298-2000
 4  Facsimile (408) 298-6046

 5  Attorneys for Plaintiff
    Alma Clarisa Hernandez
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                   NORTHERN DISTRICT OF CALIFORNIA
10
11  ALMA CLARISA HERNANDEZ,        )  No.  5:10-CV-05091-HRL
                                   )
12            Plaintiff,           )  STIPULATION AND [PROPOSED]
                                   )  ORDER TO FILE FIRST AMENDED
13       vs.                       )  COMPLAINT
                                   )
14  CHO PUI NG dba KO SING CHINESE )
    RESTAURANT; et al.,            )
15                                 )
                                   )
16            Defendants.          )
                                   )
17                                 )
    _____)
18
```

19      IT IS HEREBY STIPULATED by and between the parties who have appeared in this

20  action, through their respective attorneys of record, that Plaintiff may file a First Amended

21  Complaint, a copy of which is attached hereto.

22      IT IS FURTHER STIPULATED that Plaintiff shall file her First Amended Complaint

23  within ten (10) days of the entry of the Order hereon.  Defendants shall have twenty-one (21)

24  days from the date of service of the First Amended Complaint within which to file their

25  responsive pleadings, subject to any stipulations for enlarging time which may be entered into

26  between the parties and filed with the Court.

27  /

28  /

*Hernandez v. Cho Pui Ng, et al.*
Stipulation and Order to File First Amended Complaint

| | |
|---|---|
| 1 | **IT IS SO STIPULATED.** |
| 2 | Dated: April 5, 2011         MOORE LAW FIRM, PC |

By: /s/ Tanya E. Moore
    Tanya E. Moore
    Attorneys for Plaintiff Alma Clarisa Hernandez

Dated: April 11, 2011         LAW OFFICE OF LAWRENCE T. MA

By: /s/ Lawrence T. Ma
    Lawrence T. Ma, Attorneys for Defendants
    Cho Pui Ng dba Ko Sing Restaurant

**ORDER**

The parties have so stipulated,

**IT IS HEREBY ORDERED** that the First Amended Complaint be filed within (10) days of the date of this Order, and that responsive pleadings be filed within twenty-one (21) days of service of the First Amended Complaint subject to any stipulations for enlarging time which may be entered into between the parties and filed with the Court.

**IT IS SO ORDERED.**

Dated: April 21, 2011         _____
                              UNITED STATES MAGISTRATE JUDGE

*Hernandez v. Cho Pui Ng, et al.*
Stipulation and Order to File First Amended Complaint